UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

James Corneilius Gary,                    )         C/A No. 2:10-3024-JFA-RSC
                                          )
                    Plaintiff,            )
                                          )
vs.                                       )
                                          )                ORDER
Jon Ozmint, Director; Bernard McKie, Warden   )
at Kirkland Correctional Institution,     )
                                          )
                    Defendants.           )
_____

The *pro se* plaintiff, James Corneilius Gary, brings this action pursuant to 42 U.S.C.

§ 1983 alleging that he received inadequate and improper medical care while he was an

inmate at the Wateree Correctional Institution.

The Magistrate Judge assigned to this action[1] has prepared a Report and

Recommendation wherein he suggests that this action should be dismissed for failure to state

a claim upon which relief may be granted.   The Report sets forth in detail the relevant facts

and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and

Recommendation which was entered on the docket on December 9, 2010.  The plaintiff did

---

[1]   The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local
Civil Rule 73.02.  The Magistrate Judge makes only a recommendation to this court.  The recommendation
has no presumptive weight, and the responsibility to make a final determination remains with the court.
*Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of those
portions of the Report to which specific objection is made and the court may accept, reject, or modify, in
whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate
Judge with instructions.  28 U.S.C. § 636(b)(1).

not file objections to the Report.  He did, however, file a letter requesting that he be allowed

a change of venue noting that he is now in the Laurens County Jail.   In the absence of

specific objections to the Report of the Magistrate Judge, this court is not required to give

any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199

(4th Cir. 1983).

       After a careful review of the record, the applicable law, and the Report and

Recommendation, the court finds the Magistrate Judge's recommendation proper and

incorporated herein by reference. Accordingly, this action is dismissed without prejudice and

without issuance and service of process.

       IT IS SO ORDERED.


                                                    Joseph F. Anderson, Jr.
February 24, 2011                                   United States District Judge
Columbia, South Carolina